**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANGEL GARCIA MIGUEL,

Petitioner,

v.

WARDEN, PIKE COUNTY CORRECTIONAL FACILITY,

Respondent.

No. 4:26-CV-01960

(Chief Judge Brann)

# ORDER

**AND NOW**, this 1st day of September 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Angel Garcia Miguel's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge